UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SCOTT HOUNIHAN,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE C. VILLASENOR,<br><br>    Defendant. | Case No. 1:23-cv-00163-KES-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO (1) DENY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; (2) GRANT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; (3) DENY DEFENDANT'S REQUEST FOR JUDICIAL NOTICE; (4) OVERRULE PLAINTIFF'S OBJECTIONS TO DEFENDANT'S DECLARATION; AND (5) UNSEAL EXHIBITS<br><br>(Docs. 52, 64, 68, 68-4, 75-1, 83) |

    Plaintiff Jason Scott Hounihan is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed under 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On July 15, 2024, the assigned magistrate judge issued findings and recommendations, recommending that: (1) plaintiff's motion for summary judgment (Doc. 52) be denied; (2) defendant's motion for summary judgment (Doc. 68) be granted; (3) defendant's request for judicial notice (Doc. 68-4) be denied; (4) plaintiff's objections to defendant's declaration (Doc. 64) be overruled; and (5) the sealed exhibits (Doc. 75-1) be unsealed. Doc. 83. Any objections to the findings and recommendations were due within 30 days of the date of service of the findings and recommendations. Doc. 83. No objections were filed and the time to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of this case.  Having carefully reviewed the file, the court concludes the findings and recommendations (Doc. 83) are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued July 15, 2024 (Doc. 83) are ADOPTED IN FULL.
2. Plaintiff's motion for summary judgment (Doc. 52) is DENIED.
3. Defendant's motion for summary judgment (Doc. 68) is GRANTED.
4. Defendant's request for judicial notice (Doc. 68-4) is DENIED.
5. Plaintiff's objections to defendant's declaration (Doc. 64) are OVERRULED.
6. The Clerk of Court is directed to UNSEAL the sealed exhibits at Doc. 75-1.
7. The Clerk of Court is directed to issue judgment in favor of defendant and CLOSE this case.

IT IS SO ORDERED.

Dated:  __January 5, 2025__              _____
                                          UNITED STATES DISTRICT JUDGE